IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY McKINNEY, # 62065-019, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALTER WOODS, )<br>)<br>Defendant. ) | Civil Action No. 2:18cv323-WHA<br>[WO] |

## **ORDER**

On May 1, 2018, the Magistrate Judge filed a Recommendation (Doc. # 4) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to file necessary financial information as ordered by the court.

A final judgment will be entered separately.

DONE this 25th day of May, 2018.

    /s/ W. Harold Albritton, III
SENIOR UNITED STATES DISTRICT JUDGE